Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORY HANLEY, | Case No: 1:21-cv-04757-DG-TAM |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| STRONGBRIDGE BIOPHARMA PLC, JOHN H. JOHNSON, DAVID GILL, GARHENG KONG, JEFFREY W. SHERMAN, MARTEN STEEN, and HILDE H. STEINEGER, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Cory Hanley hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: September 23, 2021                     Respectfully submitted,

                                              **HALPER SADEH LLP**

                                              By: /s/ Daniel Sadeh
                                              Daniel Sadeh, Esq.
                                              667 Madison Avenue, 5th Floor
                                              New York, NY 10065
                                              Telephone: (212) 763-0060
                                              Facsimile: (646) 776-2600
                                              Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel Sadeh, hereby certify that on September 23, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: September 23, 2021                     /s/ Daniel Sadeh
                                              Daniel Sadeh